**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 231 MAL 2019

              Respondent       :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

              v.                :

                           :

JAMES P. IRVIN, III,            :

                           :

              Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.